UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

CASE #: 11-20468

vs.

HON. ARTHUR J. TARNOW

VINOD PATEL, D-36
    DEFENDANT.

| | |
|---|---|
| AUSA Wayne F. Pratt | Harold Gurewitz (P14468) |
| AUSA John K. Neal | Gurewitz & Raben, PLC |
| AUSA Julie Beck | 333 W. Fort Street, Suite 1100 |
| U.S. Attorney's Office | Detroit, MI 48226 |
| 211 W. Fort Street, Suite 2001 | (313) 628-4733 |
| Detroit, MI 48226 | |

APPEARANCE OF COUNSEL

Harold Gurewitz hereby enters his appearance as retained counsel for Defendant Vinod Patel (D-36).

Respectfully Submitted,

**GUREWITZ & RABEN, PLC**

By:   s/Harold Gurewitz
333 W. Fort Street, 11th floor
Detroit, MI 48226
(313) 628-4733
Email: Hgurewitz@grplc.com

Date: April 3, 2013    Attorney Bar Number: 14468

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1100
Detroit, MI 48226
(313) 628-4733
email: hgurewitz@grplc.com