UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,        Criminal No. 11-20468

v.        Hon. Arthur Tarnow

D-36 VINOD PATEL,

        Defendant.
_____/

## SUPPLEMENTAL DISCOVERY NOTICE

8.    The government intends to offer evidence under Rule 404(b), Fed. R. Evid.
Yes __X___    No ____    Unsure __

    Through this notice, the United States hereby informs Vinod Patel of its intent to introduce as Rule 404(b) and/or inextricably intertwined evidence that the defendant engaged in health care fraud with individuals and entities outside of Babubhai Patel's control. Specifically, the government intends to introduce evidence of the following:

    In late 2010, Vinod Patel opened a pharmacy with co-defendant Atul Patel called Beecher Pharmacy, which operated in Mt. Morris, Michigan. Vinod Patel was an owner of this pharmacy. Beecher Pharmacy was not owned by or affiliated with Babubhai Patel. However, at Vinod Patel's direction, this pharmacy engaged in billing insurers for medications that were not dispensed. Atul Patel and Vinod Patel had learned this practice from their previous work with pharmacies owned and controlled by Babubhai Patel.

Respectfully Submitted,
BARBARA L. MCQUADE
UNITED STATES ATTORNEY

/s/ John K. Neal
JOHN K. NEAL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9644

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I caused a copy of the foregoing to be served on all counsel of record using the Court's ECF filing system.

/s/ John K. Neal
John K. Neal