UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 11-20468

Plaintiff

v.

D-36 Vinod Patel

Defendant

FILED
DEC 09 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____

Vinod Patel

in the above-entitled case.

_____
Signature

Richard M. Beuke  3126841 (Illinois)
Printed name and P number

115 W. 55th Street, Suite 400
Address

Clarendon Hills     IL      60514
City                State    Zip Code

(312) 427-3050
Telephone number

richardbeuke@gmail.com
E-mail address

PLEASE CHECK THE APPROPRIATE BOX    ☒ Retained    ☐ CJA Appointment

Date: Dec. 5, 2013

(Rev. 3/2012)