UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

CASE #: 11-20468

vs.

HON. ARTHUR J. TARNOW

VINOD PATEL, D-36
    DEFENDANT.

| AUSA Wayne F. Pratt | Richard M. Beuke |
|---|---|
| AUSA John K. Neal | Counsel for Defendant Vinod Patel |
| U.S. Attorney's Office | Richard M. Beuke & Associates |
| 211 W. Fort Street, Suite 2001 | 115 W. 55th Street, Suite 400 |
| Detroit, MI 48226 | Chicagil, IL 60514 |
| (313) 226-2548 | (312) 427-3050 |

## STIPULATED SUBSTITUTION OF ATTORNEY

It is stipulated by and between Vinod Patel, defendant in the above-entitled action, and Harold Gurewitz, attorney of record for Vinod Patel, that Richard M. Beuke and Timothy M. Black, of Richard M. Beuke and Associates, 115 W. 55th St., Suite 400, Clarendon Hills, IL 60514, be substituted in place of Harold Gurewitz as the attorney of record for Vinod Patel, defendant in the above-entitled action.

Respectfully Submitted,

**RICHARD M. BEUKE & ASSOCIATES**

By:    s/ Richard M. Beuke
        115 W. 55th St., Suite 400
        Clarendon Hills, IL 60514
        (312) 427-3050
        Email: richardbeuke@gmail.com

Date: December 13, 2013    Attorney Bar Number: 3126841 (IL)