UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

v.               Case No. 2:11–cr–20468–AJT–MKM
               Hon. Arthur J. Tarnow

Vinod Patel, et al.,

       Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Vinod Patel

The defendant(s) shall appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 124, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  July 7, 2014 at 03:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

               By: s/M. Lang
                  Case Manager

Dated:  June 18, 2014