UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                      CRIMINAL NO. 11-CR-20468

              Plaintiff,                      HON. ARTHUR J. TARNOW

v.

D-36 VINOD PATEL,

              Defendant.

_____/

## STIPULATED ORDER FOR USE OF JURY QUESTIONNAIRE

VINOD PATEL, defendant, represented by counsel, and the UNITED STATES OF AMERICA, represented by Barbara McQuade, United States Attorney, and Wayne F. Pratt and John Neal, Assistant United States Attorneys, all of the Eastern District of Michigan, stipulate as follows:

1. The use of a juror questionnaire in this case will allow the parties to exercise both peremptory challenges and challenges for cause in a more informed manner.

2. The use of a juror questionnaire in this case will allow the more efficient use of the court's time and the time of the parties. After reviewing the questionnaires, the parties will submit a list of jurors who the parties agree should be excused. This list will be provided to the court by **4:00 p.m. on July 8, 2014**.

1

The remaining prospective jurors will appear for jury selection on Thursday, July 10, 2014.

   3.   The attorneys are responsible to safeguard the juror questionnaires from further disclosure or misuse, and must return the all questionnaires to the court by the end of the trial, absent further order of the court.

   4.   The attorneys have reviewed the questionnaire submitted to the court and agree that it is fair and proper, both as to the form and substance of the questions.

**IT IS SO STIPULATED.**

s/ WAYNE F. PRATT
Assistant United States Attorney
211 West Fort St., Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9583
Email: wayne.pratt@usdoj.gov
Bar No.: P32528


s/JOHN K. NEAL
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan   48226-3220
Phone: (313) 226-9644
Email: john.neal@usdoj.gov

Dated: July 2, 2014

s/With Consent of Richard Beuke
Counsel forVinod Patel
53 W. Jackson St., Ste. 1410
Chicago, Illinois 60604
Phone: (312) 427-3050
Email: richardbeuke@gmail.com

**IT IS SO ORDERED.**

s/Arthur J. Tarnow
HON. ARTHUR J. TARNOW
United States District Court Judge

Entered: July 3, 2014