# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff

CRIMINAL NO. _11-CR-20468_

v.

_D-36 Vinod Patel_

       Defendant

F I L E D
JUL 07 2014
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

    Please enter my appearance as attorney on behalf of defendant _____

_____ _Vinod Patel_ _____
in the above-entitled case.

_____
Signature

_Timothy M. Black   (IL Bar Member)_
Printed name and P number

_713 W. Devon Avenue_
Address

_Park Ridge_     _IL_     _60068_
City         State         Zip Code

_(262) 745-2637_
Telephone number

_timothyblack@gmail.com_
E-mail address

**PLEASE CHECK THE APPROPRIATE BOX**  ☒ **Retained**    ☐ **CJA Appointment**

Date: _July 6, 2014_

(Rev. 3/2012)