

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,    Case 2:11-cr-20468

    Plaintiff,    Hon. ARTHUR J. TARNOW

-vs-

D-36 VINOD PATEL,

    Defendant.
_____/

## VERDICT FORM

We, the jury in the above entitled action after full consideration and deliberation, unanimously find as to VINOD PATEL:

**COUNT ONE**
Health Care Fraud Conspiracy

_____ Not Guilty

    X     (Guilty)

1

## COUNT TWENTY-ONE
Conspiracy to Pay/Receive Health Care Kickbacks

_____ Not Guilty

___X___ (Guilty)

s/ Jury Foreperson

Dated: July 18, 2014

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

2