UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                   Case No. 2:11–cr–20468–AJT–MKM
                                       Hon. Arthur J. Tarnow

Vinod Patel, et al.,

           Defendant(s),

_____/

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:  Vinod Patel

    The defendant(s) shall appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 108, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  October 15, 2014 at 02:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/M. Lang
                                                               Case Manager

Dated:  July 29, 2014