UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    PLAINTIFF,

CASE #: 11-CR-20468

VS.

HON. ARTHUR J. TARNOW

VINOD PATEL, D-36

    DEFENDANT.

| | |
|---|---|
| AUSA Wayne F. Pratt | Richard M. Beuke |
| AUSA John K. Neal | Timothy M. Black |
| U.S. Attorney's Office | Counsel for Defendant Vinod Patel |
| 211 W. Fort Street, Suite 2001 | 115 W. 55th Street, Suite 400 |
| Detroit, MI 48226 | Chicago, IL 60514 |
| (313) 226-2548 | (312) 427-3050 |

## STIPULATION EXTENDING DEADLINE FOR POST-TRIAL MOTIONS

The parties above, by and through their counsel, hereby stipulate and agree that this Court should enter a finding extending the deadline for filing of post-trial motions from August 1, 2014 to August 22, 2014.

Pursuant to the Federal Rules of Criminal Procedure, the Defendant has 14 days from the entry of a guilty verdict to file a Motion for Judgment of Acquittal, *see* FED. R. CRIM. P. 29, and a Motion for New Trial, *see* FED. R. CRIM. P. 33. The jury entered a verdict of guilty in this case on July 18, 2014, making the deadline for filing post-trial motions August 1, 2014. Due to the complexity of this case, the volume of

discovery involved, and the length of trial, the Defendant needs additional time to file post-trial motions.

Therefore, the parties above stipulate and agree that the Defendant's post-trial motions should be filed no later than August 22, 2014.

<div style="margin-left: 3em;">

IT IS SO STIPULATED.
BARBARA L. McQUADE.
United States Attorney

s/John K. Neal
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.Neal@usdoj.gov
(313) 226-9644
Attorney for the United States


s/Richard M. Beuke
s/Timothy M. Black
115 W. 55th St., Suite 400
Clarendon Hills, IL 60514
richardbeuke@gmail.com
timothyblack@gmail.com
(312) 427-3050
Attorney for Defendant Vinod Patel

</div>

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

      **PLAINTIFF,**

**VS.**

**VINOD PATEL, D-36**

      **DEFENDANT.**
_____/

**CASE #: 11-20468**

**HON. ARTHUR J. TARNOW**

## STIPULATED ORDER EXTENDING DEADLINE FOR POST-TRIAL MOTIONS

Upon this Court's consideration of the stipulation of the parties for an extension of the deadline for filing post-trial motions, the Court being apprised of the circumstances, **IT IS HEREBY ORDERED** that the deadline for the Defendant to file post-trial motions shall be extended from August 1, 2014 to August 22, 2014. Considering the factors listed in the stipulation of the parties, specifically the complexity of the case, the Court concludes that an extension of the deadline is necessary to enable the Defendant to adequately research and write post-trial motions.

**IT IS SO ORDERED**.

                                                    s/Arthur J. Tarnow
                                                    ARTHUR J. TARNOW
                                                    United States District Judge

Entered: August 1, 2014