UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 11-cr-20468
HONORABLE ARTHUR J. TARNOW

vs

VINOD PATEL,

    Defendant.
_____/

## APPEARANCE AS CO-COUNSEL

**PLEASE TAKE NOTICE** that I am this day entering my Appearance as co-counsel for Defendant, VINOD PATEL, in the above captioned cause.

RESPECTFULLY SUBMITTED,

S/Pamella R. Szydlak
PAMELLA R. SZYDLAK (P49783)
Attorney for Vinod Patel
615 Griswold, 1620 Ford Building
Detroit, MI  48226
(313) 963-6660

DATED:  August 19, 2014