UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

VINOD PATEL, D-36
    DEFENDANT.

CASE #: 11-CR-20468

HON. ARTHUR J. TARNOW

## STIPULATION EXTENDING DEADLINE FOR POST-TRIAL MOTIONS

The parties above, by and through their counsel, hereby stipulate and agree that this Court should enter a finding extending the deadline for filing of post-trial motions from August 22, 2014 to September 12, 2014.

IT IS SO STIPULATED.
BARBARA L. McQUADE.
United States Attorney

s/John K. Neal
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.Neal@usdoj.gov
(313) 226-9644
Attorney for the United States

s/Richard M. Beuke
115 W. 55th St., Suite 400
Clarendon Hills, IL 60514
richardbeuke@gmail.com
(312) 427-3050
Attorney for Defendant Vinod Patel

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
       PLAINTIFF,

vs.                          CASE #: 11-20468

                             HON. ARTHUR J. TARNOW

VINOD PATEL, D-36
       DEFENDANT.

_____

### STIPULATED ORDER EXTENDING DEADLINE FOR POST-TRIAL MOTIONS

Upon this Court's consideration of the stipulation of the parties for an extension of the deadline for filing post-trial motions, the Court being apprised of the circumstances, **IT IS HEREBY ORDERED** that the deadline for the Defendant to file post-trial motions shall be extended from August 22, 2014 to September 12, 2014. The Court concludes that an extension of the deadline is necessary to enable the Defendant to adequately research and write post-trial motions.

    **IT IS SO ORDERED**.

                                                s/Arthur J. Tarnow
                                                ARTHUR J. TARNOW
                                                United States District Judge

Entered: August 21, 2014