UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 11-cr-20468
HONORABLE ARTHUR J. TARNOW

vs

VINOD PATEL,

    Defendant.

_____/

AUSA Wayne F. Pratt
AUSA John K. Neal
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-2548

| | |
|---|---|
| Richard M. Beuke | Pamella R. Szydlak |
| Timothy M. Black | Co-Counsel for Vinod Patel |
| Counsel for Defendant Vinod Patel | 615 Griswold |
| 115 W. 55th Street, Suite 400 | 1620 Ford Building |
| Chicago, IL 60514 | Detroit, Michigan 48226 |
| (312) 427-3050 | (313) 963-6660 |

_____/

**CO-COUNSEL'S RESPONSE TO MOTION
FOR PERMISSION TO WITHDRAW AS COUNSEL**

    **NOW COMES** Pamella R. Szydlak, co-counsel in the above captioned matter and submits the following response to the Motion for Permission to Withdraw as Counsel:

    The Court has been asked to rule on trial counsel's motion to withdraw.  Before ruling on said motion, the Court should be apprised of the following facts regarding the limited scope of co-counsel's representation of Defendant, VINOD PATEL:

1

1. The legal representation by the undersigned co-counsel is for a limited purpose.

2. Co-counsel was hired for the limited purpose of assisting with sentencing issues and the sentencing proceedings.

3. It was the express, oral and written, agreement of Vinod Patel and co-counsel that co-counsel was not being hired to file any post trial motions or handle an appellate matters. Specifically, the oral and written agreement between Vinod Patel and co-counsel excludes any legal work by co-counsel on a motion for new trial, any motions whatsoever, and/or any appellate matters.

4. The agreement specifically indicates that co-counsel's legal representation would be for the sole purpose of sentencing and any issues that may be associated with same.

5. Trial counsel was advised on August 21, 2014, in writing, of the limited scope of co-counsel's representation.

6. Trial counsel are the only attorneys of record that are in a position to file a motion for new trial, if one is to be filed.  Trial counsel are the only attorneys or record that are in the position to file any other post trial motions.

7. Co-counsel explained same to Mr. Patel and his family and that is the reason for the limited purpose retainer agreement.

8. Mr. Vinod Patel would be prejudiced if trial counsel is allowed to withdraw prior to filing any appropriate post trial motions.

Respectfully Submitted,

S/Pamella R. Szydlak
PAMELLA R. SZYDLAK (P49783)
Attorney for Vinod Patel
615 Griswold, 1620 Ford Building
Detroit, MI  48226
(313) 963-6660

DATED: August 26, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.  In addition, counsel has sent this Reply to Vinod Patel by first-class, U.S. Mail to Mr. Vinod Patel at FCI Milan.

S/Pamella R. Szydlak
Pamella R. Szydlak (P49783)