UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.              Case No. 2:11–cr–20468–AJT–MKM
              Hon. Arthur J. Tarnow

Vinod Patel, et al.,

      Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

 NOTICE of hearing on [1237] MOTION for Withdrawal of Attorney *s* Richard M. Beuke &Timothy M. Black as to Vinod Patel. **Motion Hearing set for 9/23/2014 11:00 AM before District Judge Arthur J. Tarnow**. (MLan )

 All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 108.

### Certificate of Service

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/M. Lang
              Case Manager

Dated: September 10, 2014