January 22, 2015

Pamela Dickinson

1201 Patricia Avenue

Kalamazoo, MI 49048

To Whom It May Concern,

I am a Program Administrator at the VA Medical Center and have had the opportunity to be associated with Mr. Patel for over 5 years. During this time, I have found Victor to be a kind and trustworthy person. I met Victor through a mutual acquaintance who described him as being dependable, responsible honest and courteous, which I soon found out to be true. He has excellent personal relations with people of all ages and walks of life. He also has very good communication skills that help him create good rapport with people.

He and his family ran a small business in the area for many years. Over the years we have become good friends and I have seen that he has always been dedicated to helping others in need. He is generally a great person who sincerely cares for people who need help in every situation. Victor has been a strong supporter of any programs that helps seniors and people with disabilities.

It is my hope that he be grated leniency on behalf of his friends and family. Please do not hesitate to call me if you would like to discuss this recommendation further.

Sincerely,

*Pamela Dickinson*

Pamela Dickinson

269.598.3236

# Letter of Recommendation

Date: 1-23-2015

Honorable Judge,

I (Dahyabhai Patel) requesting you to review my recommendation letter for Vinod Patel. We Live in Chicago suburb, and I work for Honeywell Company as a technician, my wife works for Wal-Mart.

I know Vinod Patel since 1994. He lived in same neighborhood i was living. We started to know each other as my parents know his parents, thus we know each other through family relations. My experience with him is positive.

He has been supporting and helping nature as I remember him taking me to apply for jobs when I was new in this country. He is married and has two kids. He is working hard to meet his family needs especially two kids. The two innocent kids looking up to their father for love and care as they grow up and become better citizens.

In my thinking Vinod deserves a chance to make his and his family's life better. Looks like, indirectly he has fallen into a trouble. But in any case and in human way, I think he should be given a chance.

In the conclusion, I humbly request honorable judge to keep my plead in mind and be kind for Vinod Patel and please minimize his sentence and give him a chance keeping his two little kids and a mother in mind.

THANK YOU,

Sincerely,

Dahyabhai Patel

1300 phoenix dr.

Des Plaines IL-60018

January 21, 2015

To whom it may concern,

I have known Vinod Patel for the last couple of years and he's a nice, caring, and generous man. He always takes good care of his family and friends.

Sincerely yours,

Bharat Desai

B.K. Desai

Dear Honerable Judge,

I am Kiran Patel, wife of Vinod Patel. He is the best husband. ~~I caused it~~ He is a family man. He is always been faithful to me. He takes care of all the needs for my family. He gave best values to my kids and always showed them the right path. I miss him right now because he was the head of my house. I am having difficulty taking care of my house and kids because he always did when he was with us. I don't speak good english so difficulty getting any work done. I had to take my cousins help to write this letter. It is hard for me to rase my kids without financial support. I need him to support our family.

Thank you,
Kiran

Honorable judge,

My name is kamuben and I am vinod Patel's sister. I know him since his birth; he is very good and kind person. He is good to everyone in friends and family. He is always there for everyone with helping hand. His character is really good and he is not the kind of person that he has been presented in the case. He really has good values and he is very loyal and kind to community and to the society. His both kids are small and they need him for their future. His wife and kids needs emotional and financial support for their future. We hope you will consider his good qualities and character while making the sentence which will be good for him and his family.

Thank you,

Kamuben patel