UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

CASE #: 11-CR-20468

HON. ARTHUR J. TARNOW

VINOD PATEL, D-36
    DEFENDANT.

_____

### STIPULATION TO ADJOURN SENTENCING DATE

Through their respective counsel, the parties stipulate and agree to adjourn the sentencing date;

**IT IS HEREBY STIPULATED AND AGREED** that the sentencing date currently scheduled for January 29, 2015 is hereby adjourned to April 27, 2015, at 2:30 p.m.

**IT IS SO STIPULATED**.
BARBARA L. McQUADE.
United States Attorney

| | |
|---|---|
| s/John K. Neal | s/Richard M. Beuke |
| Assistant U.S. Attorney | 115 W. 55th St., Suite 400 |
| 211 W. Fort Street, Suite 2001 | Clarendon Hills, IL 60514 |
| Detroit, MI  48226 | richardbeuke@gmail.com |
| John.Neal@usdoj.gov | (312) 427-3050 |
| (313) 226-9644 | Attorney for Defendant Vinod Patel |
| Attorney for the United States | |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
    **PLAINTIFF,**

CASE #: 11-20468

vs.

HON. ARTHUR J. TARNOW

**VINOD PATEL, D-36**
    **DEFENDANT.**

---

### ORDER GRANTING STIPULATION TO ADJOURN SENTENCING DATE

This matter having come before the Court upon stipulation of the parties, the Court finds that an adjournment of the sentencing is warranted. Accordingly, the sentencing date currently scheduled for January 29, 2015 is hereby adjourned to April 27, 2015 at 2:30 p.m.

**IT IS SO ORDERED**.

                                                  s/Arthur J. Tarnow
                                                  ARTHUR J. TARNOW
                                                  United States District Judge

Entered: January 28, 2015