No Fee Paid

# United States District Court for the Eastern
## District of Michigan

United States of America

**Plaintiff,**

vs.

CASE NO. 11-CR-20468

Vinod Patel, D-36

**Defendant.**

FILED 2015 JUN -8 A 11: 4
U.S. DISTRICT CLERK
EAST DIST MICHIGAN
DETROIT

# NOTICE OF APPEAL

Notice is hereby given that _____Vinod Patel_____, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from the final judgment
(the final judgment) (from an

_____ entered in this action on the __29th__ day of
order (describing it))

__May__, 2015.

(s) Vinod Patel
Address: REG #48468039
P.O. BOX 1000
Milan, MI 48160

Attorney for pro se

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99